UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| THE TRAVELERS INDEMNITY COMPANY, CONSTITUTION STATE INSURANCE COMPANY, AND THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, FORMERLY KNOWN AS THE TRAVELERS INDEMNITY COMPANY OF RHODE ISLAND, <br><br> Plaintiffs, <br><br> v. <br><br> MODINE MANUFACTURING COMPANY, AMERICAN MOTORISTS INSURANCE CO., AND SENTRY INSURANCE A MUTUAL COMPANY, <br><br> Defendants. | CIVIL ACTION NO. 3:08CV00093 (AWT) <br><br><br> JANUARY 28, 2008 |

## CORPORATE DISCLOSURE STATEMENT

Plaintiffs, The Travelers Indemnity Company, Constitution State Insurance Company, and The Travelers Indemnity Company of Connecticut (formerly known as The Travelers Indemnity Company of Rhode Island), by and through their undersigned counsel, hereby notifies this Court that:

1. The Travelers Indemnity Company is a wholly-owned subsidiary of Travelers Insurance Group Holdings, Inc., which is a wholly-owned subsidiary of Travelers Property Casualty Corp., which is a wholly-owned subsidiary of The Travelers Companies, Inc., a publicly traded company;

2. The Travelers Indemnity Company of Connecticut (formerly known as The Travelers Indemnity Company of Rhode Island) hereby discloses that it is a wholly-owned

A/72398660.2/3001777-0000330290

subsidiary of The Phoenix Insurance Company, which is a wholly-owned subsidiary of The Travelers Indemnity Company, which is a wholly-owned subsidiary of Travelers Insurance Group Holdings, Inc., which is a wholly-owned subsidiary of Travelers Property Casualty Corp., which is a wholly-owned subsidiary of The Travelers Companies, Inc., a publicly traded company; and

3. The Travelers Indemnity Company of Connecticut (formerly known as The Travelers Indemnity Company of Rhode Island) assumed all of the insurance assets and liabilities of The Constitution State Insurance Company ("CSIC"), including those rights and liabilities in connection with insurance policies issued by CSIC.

Dated at Hartford, Connecticut this 28th day of January, 2008.

PLAINTIFFS,
THE TRAVELERS INDEMNITY
COMPANY, CONSTITUTION STATE
INSURANCE COMPANY AND THE
TRAVELERS INDEMNITY COMPANY OF
CONNECTICUT, FORMERLY KNOWN AS
THE TRAVELERS INDEMNITY
COMPANY OF RHODE ISLAND

By _____
Stuart D. Rosen (ct05472)
Michael C. D'Agostino (ct17294)
BINGHAM MCCUTCHEN LLP
One State Street
Hartford, CT 06103-3178
Tel. 860.240.2700
Fax. 860.240.2800
stuart.rosen@bingham.com
michael.dagostino@bingham.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent via the Court's electronic notification system on January 28, 2008 to the following counsel of record:

Philip T. Newbury, Jr.
Howd & Ludorf, LLC
65 Wethersfield Avenue
Hartford, CT 06114-1121
Tel: 860.249.1361
Fax: 860.249.7665
**For Sentry Insurance A Mutual Company**

Francis J. Brady
Michael C. Markowicz
Murtha Cullina LLP
CityPlace I
185 Asylum St.
Hartford, CT 06103
Tel: 860.240.6000
Fax: 860.240.6150
**For Modine Manufacturing Company**

Peter R. Reynolds
MacDermid, Reynolds & Glissman, P.C.
86 Farmington Avenue
Hartford, CT 06105
Tel: 860.278.1900
Fax: 860.547.1191
**For American Motorists Insurance Company**

_____
Michael C. D'Agostino

A/72398660.2/3001777-0000330290